UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

R# 290088

IN RE:
WARREN WILLIAM GREEN

CASE NO. 09-27961-BKC-

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA
MAR 28 2011
FILED _____ RECEIVED

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 315.98 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 3-25-11

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

WARREN WILLIAM GREEN
13253 SW 146 ST
MIAMI, FL 33186

JAMES ALAN POE, ESQ
9500 S DADELAND BLVD
SUITE 610
MIAMI, FL 33156

LAKES CLUB HOUSE COURTESY PROP MGMT
13250 SW 135 AVE
MIAMI, FL 33186

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  09-27961-BKC-
WARREN WILLIAM GREEN


                                      CHAPTER 13


WARREN WILLIAM GREEN

13253 SW 146 ST
MIAMI, FL 33186


JAMES ALAN POE, ESQ
9500 S DADELAND BLVD
SUITE 610
MIAMI, FL 33156

LAKES CLUB HOUSE COURTESY PROP----------$         315.98
MGMT
13250 SW 135 AVE
MIAMI, FL 33186

U.S. Trustee                              UNDELIV~    ~TALE
51 S.W. 1st Avenue                        CLAIM RE~~~~R#  O
Miami, Florida 33130